**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

---

**MARKEL AMERICAN INSURANCE COMPANY**                                    **PLAINTIFF**


**VERSUS**                                    **Civil Action No.  3:08-CV-00297 HTW-LRA**


**METRO INN JACKSON/VIP LODGING**
**GROUP, INC. C/O CLARION HOTEL**                                    **DEFENDANT**

---

**AGREED ORDER OF DISMISSAL**

        Counsel for Plaintiff and Defendant above, having filed a <u>JOINT MOTION FOR DISMISSAL</u>

and same having been considered by this Court; and it appearing that good cause exists for granting

the requested dismissal, which is deemed reasonable and appropriate by this Court.

        IT IS HEREBY ORDERED that all matters in this action are hereby dismissed.

        SO ORDERED, this 29th day of September, 2009.

                                **s/ HENRY T. WINGATE**
                                **CHIEF UNITED STATES DISTRICT JUDGE**


AGREED TO BY:

<u>/s/ Robert W. Mayhue, Jr.</u>
Counsel for Defendant
ROBERT W. MAYHUE, JR.
STEWART AND ASSOCIATES, PLLC
105 Executive Drive
Suite B
Madison, MS 39110
Telephone: 601-853-2121
Facsimile: 601-853-2423
*Counsel for Defendant,Metro Inn Jackson/VIP Lodging Group, Inc., et al.*

<u>/s/ Richard E. King</u>
Counsel for Plaintiff
RICHARD E. KING
MATTHEW J. LINDSAY
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A Professional Law Corporation
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Fax: (504) 525-2456
*Counsel for Plaintiff, Markel American Insurance Company*

**Civil Action No. 3:08-CV-00297 HTW-LRA**
**Agreed Order of Dismissal**